**Larry BRADLEY, Plaintiff–Appellant,**

**v.**

**LYONDELL–CITIGO REFINING LP, also known as Lyondell–Citigo Refining Ltd., Defendant–Appellee.**

No. 04–20403.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 22, 2004.

Ellen Sprovach, Gregg M. Rosenberg & Associates, Houston, TX, for Plaintiff–Appellant.

Ethel Jean Johnson, Ogletree, Deakins, Nash, Smoak & Stewart, Houston, TX, for Defendant–Appellee.

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Larry Bradley appeals from the district court ruling granting summary judgment to the defendant, Lyondell–Citgo LP ("LCR"). Bradley brought an action against LCR for violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII"), and the Americans with Disabilities Act of 1964, 42 U.S.C. § 12101 ("ADA") for discriminatory and retaliatory discharge. The district court granted summary judgment for LCR on the issues of liability under both Title VII and the ADA. We AFFIRM the judgment of the district court for essentially the reasons as stated in its memorandum opinion and order.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.